IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| MICHAEL F. SIBILIA, KENNETH WAGNER, MICHAEL J. WAGNER, ANDREW S. LYNC, KEVIN KEELEY, MARK W. HOLDEN, WILLIAM GRASSETTI, PAUL J. FOLEY, HAROLD THOMAS FOLEY, III, EDWARD F. FOLEY, JR., JAMES P. FOLEY, WILLIAM C. FOLEY, JOHN D. CONWAY, THOMAS E. CRERAN, AND ALL OTHERS SIMILARLY SITUATED,<br>PLAINTIFFS,<br>v<br>TOWN OF WEST SPRINGFIELD,<br>DEFENDANT, | CIVIL ACTION NO.: 05-30040-MAP |

**PLAINTIFFS' MOTION TO ADD FIVE (5) CONSENTERS**

On February 8, 2005, the plaintiffs filed a Complaint in Federal District Court alleging a failure on the part of the defendant to pay the plaintiff's overtime wages due under the Fair Labor Standards Act ("FLSA"). The plaintiffs work for the West Springfield Fire Department as Firefighters holding the rank of Firefighter and EMT. None of the Plaintiffs are properly credited with FLSA work time when they work in excess of forty hours a week nor are they paid the appropriate overtime rate for such overtime hours worked.

As of March 24, 2005, five (5) additional similarly situated firefighters have consented to

Page -1-

participate in this litigation under 29 U.S.C. §216(b). (See attached Consents). Each of the additional consenters are firefighters or former firefighters for the West Springfield Fire Department and each is denied proper compensation under the FLSA for hours worked. Each of the paragraphs of the Complaint applies equally to the five (5) additional consenters as apply to the original fourteen plaintiffs.

The FLSA is clear that any similarly situated employee may participate in FLSA litigation against his or her employer simply by indicating his or her consent. 29 U.S.C. §216(b). The FLSA consent promotes judicial efficiency by having the Court hear the similar claims of all employees who wish to participate at one time, rather than have a series of identical suits proceeding through the Court's docket at one time.

For the forgoing reasons the plaintiffs' respectfully request that the Court grant plaintiffs' Motion to add additional Consenters.

Attached hereto is a list of those who have consented to participate in this litigation at this time.

Respectfully Submitted,

The Plaintiffs
By their attorney,

John Connor, Esq
Moriarty and Connor, LLC
101 State Street, Suite 501
Springfield, MA 01103
BBO#629185
Tel# 827-0777
Fax#827-8867

Date.: March 25, 2005

## RULE 7.1 CERTIFICATION

The plaintiffs' attorney, John Connor, hereby states that opposing counsel, James T. Donahue, Esq., has assented to this motion. A copy of this Motion was served this day via first class mail to James T. Donahue, Esq., 1252 Elm Street, West Springfield, MA 01090-0465.

_____
John Connor

Dated.: March 25, 2005

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER
## THE FAIR LABOR STANDARDS ACT

I am (or was) an employee of the West Springfield Fire Department. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize the law firm of Moriarty and Connor, LLC with offices located at 101 State Street, Suite 501, Springfield, Massachusetts, 01103, to represent me as counsel with respect to all claims under the FLSA, and other related laws which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorney(s) are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including, the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any, costs and expenses of this action and reasonable attorneys fees against my employer, and award said costs, expenses and fees to my counsel.

I understand that under the FLSA, I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: *Martin Nunez*

Name (Printed): Martin Nunez

Home Address: 92 Larchly Ave

City, State, ZIP: Westfield MA 01085

Home Telephone No.: 413-568-7926

Social Security No.: ███████ 0641

Assignment: Fire Fighter

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER
## THE FAIR LABOR STANDARDS ACT

I am (or was) an employee of the West Springfield Fire Department. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize the law firm of Moriarty and Connor, LLC with offices located at 101 State Street, Suite 501, Springfield, Massachusetts, 01103, to represent me as counsel with respect to all claims under the FLSA, and other related laws which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorney(s) are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including, the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any, costs and expenses of this action and reasonable attorneys fees against my employer, and award said costs, expenses and fees to my counsel.

I understand that under the FLSA, I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: _/s/ Dennis G. Egan_

Name(Printed): Dennis G. Egan

Home Address: 180 Christopher Ten.

City, State, ZIP: West Spfld. MA. 01089

Home Telephone No.: 413 739 1035

Social Security No.: ███████ 9713

Assignment: Fire Lieutenant

# CONSENT TO BECOME A PARTY PLAINTIFF
# IN A CIVIL ACTION UNDER
# THE FAIR LABOR STANDARDS ACT

I am (or was) an employee of the West Springfield Fire Department. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize the law firm of Moriarty and Connor, LLC with offices located at 101 State Street, Suite 501, Springfield, Massachusetts, 01103, to represent me as counsel with respect to all claims under the FLSA, and other related laws which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorney(s) are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including, the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any, costs and expenses of this action and reasonable attorneys fees against my employer, and award said costs, expenses and fees to my counsel.

I understand that under the FLSA, I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: _/s/_

Name(Printed): Michael W. LaPlume

Home Address: 800 Northwest St.

City, State, ZIP: Feeding Hills, MA 01030

Home Telephone No.: 413-821-9968

Social Security No.: ███████ 4549

Assignment: Firefighter

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER
## THE FAIR LABOR STANDARDS ACT

I am (or was) an employee of the West Springfield Fire Department. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize the law firm of Moriarty and Connor, LLC with offices located at 101 State Street, Suite 501, Springfield, Massachusetts, 01103, to represent me as counsel with respect to all claims under the FLSA, and other related laws which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorney(s) are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including, the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any, costs and expenses of this action and reasonable attorneys fees against my employer, and award said costs, expenses and fees to my counsel.

I understand that under the FLSA, I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: _Robert Morrissey_

Name(Printed): _Robert Morrissey_

Home Address: _125 Bairocrest Rd_

City, State, ZIP: _Spfld, Mass 01118_

Home Telephone No.: _783-1662_

Social Security No.: _███-██-4538_

Assignment: _Firefighter_

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER
## THE FAIR LABOR STANDARDS ACT

I am (or was) an employee of the West Springfield Fire Department. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize the law firm of Moriarty and Connor, LLC with offices located at 101 State Street, Suite 501, Springfield, Massachusetts, 01103, to represent me as counsel with respect to all claims under the FLSA, and other related laws which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorney(s) are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including, the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any, costs and expenses of this action and reasonable attorneys fees against my employer, and award said costs, expenses and fees to my counsel.

I understand that under the FLSA, I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: _Scott McCarthy_

Name (Printed): _Scott McCarthy_

Home Address: _127 Garden St_

City, State, ZIP: _WSPFLD MA 01089_

Home Telephone No.: _739 0318_

Social Security No.: _███████8774_

Assignment: _fire fighter_