UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## <u>ORDER OF REFERENCE</u>

Check if previously referred

MICHAEL F. SIBILIA
_____

V.                                          CA/CR No. 05-30040
                                                      _____

TOWN OF WEST SPFLD
_____                     Criminal Category _____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge __NEIMAN__ for the following proceedings:

(A) ☐   Referred for full pretrial case management, including all dispositive motions.

(B) ☑   Referred for full pretrial case management, <u>not</u> including dispositive motions:

(C) ☐   Referred for discovery purposes only.

(D) ☐   Referred for Report and Recommendation on:

    ( ) Motion(s) for injunctive relief
    ( ) Motion(s) for judgment on the pleadings
    ( ) Motion(s) for summary judgment
    ( ) Motion(s) to permit maintenance of a class action
    ( ) Motion(s) to suppress evidence
    ( ) Motion(s) to dismiss
    ( ) Post Conviction Proceedings[1]
    See Documents Numbered: _____

(E)     Case referred for events only.  See Doc. No(s). _____

(F)     Case referred for settlement.

(G)     Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
    ( ) In accordance with Rule 53, F.R.Civ.P.
    ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)     Special Instructions:   SCHEDULING CONFERENCE

_____

MAY 12, 2005
_____                             By: /s/Elizabeth A. French
Date                                             _____
                                                 Deputy Clerk

**(OrRef for pdf.wpd - 05/2003)**

_____

[1]   See reverse side of order for instructions