## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS
### WESTERN DIVISION

FILED
IN CLERK'S OFFICE

| |
|---|
| MICHAEL F. SIBILIA, KENNETH WAGNER, MICHAEL J. WAGNER, ANDREW S. LYNC, KEVIN KEELEY, MARK W. HOLDEN, WILLIAM GRASSETTI, PAUL J. FOLEY, HAROLD THOMAS FOLEY, III, EDWARD F. FOLEY, JR., JAMES P. FOLEY, WILLIAM C. FOLEY, JOHN D. CONWAY, THOMAS E. CRERAN, AND ALL OTHERS SIMILARLY SITUATED, <br> PLAINTIFFS, <br><br> v <br><br> TOWN OF WEST SPRINGFIELD, <br> DEFENDANT, |

CIVIL ACTION NO.:50-30040    9:32

U.S. DISTRICT COU...
DISTRICT OF MASS

### JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1

Pursuant to Fed. R. Civ. P. 16 and Local Rule 16.1, the parties in the above-captioned case hereby propose the following joint statement.

1.  <u>Obligation of Counsel to Confer.</u> Counsel have conferred with regard to this Joint Statement. The parties do not consent to trial by Magistrate Judge at this time.

2.  <u>Pretrial Schedule.</u>

    The parties propose the following schedule

    a.  The parties shall complete all non-expert discovery on or before December 1. 2005.

Page -1-

b.  The plaintiff's expert disclosures required by Fed. R. Civ. P. 26(a)(2) shall be made on or before January 1, 2006. The defendant's expert disclosures required by Fed.R.Civ. P. 26(a)(2) shall be made on or before February 1, 2006. All expert witness depositions shall be conducted on or before April 1, 2006.

3.  Dispositive Motions.  All dispositive motions shall be filed on or before June 1, 2006.

4.  Certifications by Counsel.

Each counsel will file their respective certifications pursuant to L.R. 16.1(D)(3) at or prior to the Scheduling Conference.

The Plaintiff,
by their Attorney,

John D. Connor, Esq.
Moriarty and Connor, LLC
101 State Street, Suite 501
Springfield, MA 01103
413-827-0777
BBO#:629185

The Defendant,
by its Attorney,

James Donahue, Esq.
252 Elm Street, Suite 6
West Springfield, MA 01090-0465
(413) 733-2100

Page -2-