UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL F. SIBILIA,<br>        Plaintiff | ) ) ) | |
| v. | ) ) ) | Civil Action No. 05-30040-MAP |
| TOWN OF WEST SPRINGFIELD,<br>        Defendant | ) ) ) | |

SCHEDULING ORDER
June 27, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. All non-expert discovery, including depositions, shall be completed by March 1, 2006.

2. Counsel shall appear for a case management conference on March 3, 2006, at 2:00 p.m. in Courtroom Three.

IT IS SO ORDERED.

        /s/ Kenneth P. Neiman
        KENNETH P. NEIMAN
        U.S. Magistrate Judge