## United States District Court
## District of Massachusetts

Michael F. Sibilia, et al,       )
                                 )
            Plaintiff            )
                                 )
    v.                           )       Civil No: 05-30040-MAP
                                 )       Rule 16.1(D)(3) Certification
Town of West Springfield,        )
                                 )
            Defendant            )
                                 )

Now comes the undersigned and certify that counsel for each
party have conferred, as required by Rule 16.1(D)(3) and have
agreed all non-expert discovery, including depositions, shall be
completed by March 1, 2006.

The Town of West Springfield

by _____
    James T. Donahue, Esquire

by _____
    Edward J. Gibson, Mayor

## Certificate of Service

I have served a copy of the above/attached document on opposing counsel by mailing 1st class mail, postage prepaid on July 5, 2005 to:

John Connor, Esquire
Moriarty & Connor, LLC
101 State Street – Suite 501
Springfield, MA 01103

7-5-05
_____
Date

_____
James T. Donahue