IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| MICHAEL F. SIBILIA, KENNETH WAGNER, MICHAEL J. WAGNER, ANDREW S. LYNC, KEVIN KEELEY, MARK W. HOLDEN, WILLIAM GRASSETTI, PAUL J. FOLEY, HAROLD THOMAS FOLEY, III, EDWARD F. FOLEY, JR., JAMES P. FOLEY, WILLIAM C. FOLEY, JOHN D. CONWAY, THOMAS E. CRERAN, AND ALL OTHERS SIMILARLY SITUATED,<br>PLAINTIFFS,<br>v<br>TOWN OF WEST SPRINGFIELD,<br>DEFENDANT, | CIVIL ACTION NO.:50-30040 |

## PLAINTIFFS' COST CERTIFICATION

The Plaintiffs, Michael Sibilia on behalf of himself and all others similarly situated, and their counsel, attorney John Connor hereby certify that they have conferred regarding the potential cost of the above captioned litigation. The plaintiff certifies that he understands that the costs of this litigation may be substantial and nonetheless desires to proceed with litigation.

_____         _____
Michael Sibilia                                                  John Connor, Esq.