UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION



| | |
|---|---|
| MICHAEL F. SIBILIA, ET AL, AND ALL OTHERS SIMILARLY SITUATED, PLAINTIFFS<br><br>V<br><br>TOWN OF WEST SPRINGFIELD | CIVIL ACTION NO.: 05-30040-MAP |

### STIPULATION OF DISMISSAL WITH PEJUDICE

Now come the parties to the above captioned matter and hereby stipulate to dismiss this matter with prejudice and without costs to either party.

Respectfully Submitted,

The Plaintiffs,
By their Attorney,

_____
John Connor, Esq.
Moriarty and Connor, LLC
101 State Street, Suite 501
Springfield, MA 01103
(413) 827-0777

The Defendant,
Town of West Springfield
By its Attorney

_____
James Donahue, Esq.
1252 Elm Street, Suite 6
P.O. Box 465
West Springfield, MA 01090
(413) 733-2100

December 9, 2005

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on __/2/1/05__